IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVE SILVA,

    Petitioner,

v.                                          CIV 99-1405 JC/KBM

JOE WILLIAMS, Warden, and
PATRICIA A. MADRID, Attorney General,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on September 11, 2000. *Doc. 11.* The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED THAT:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 11)* is ADOPTED;

2. Respondents' Motion to Dismiss *(Doc. 10)* is GRANTED;

3. The petition is dismissed **with prejudice;** and

4. A final order enter concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE